**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 26-6588**

---

TORIAN GAITHER,

      Plaintiff - Appellant,

    v.

CAPTAIN JEFFERSON, Sussex I State Prison; LIEUTENANT HOLLIS; OFFICER L. WEST, Sussex I State Prison,

      Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:26-cv-00170-MHL-MRC)

---

Submitted:  July 23, 2026                                      Decided:  July 28, 2026

---

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Torian Gaither, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Torian Gaither appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Gaither's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2